Samuel D. Matthews, Respondent, v. Truax Carsley and Company, Limited, and Mountain Gas Company, Inc., Appellants.— Judgment as to Truax, Carsley and Company, Limited, affirmed, with costs. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur. Judgment as to Mountain Gas Company, Inc., reversed, on the law and facts, with costs, and complaint dismissed, with costs. Hill, P. J., Rhodes and Heffernan, JJ., concur; Crapser and Bliss, JJ., vote to affirm.

Sager-Spuck Supply Company, Inc., Respondent, v. Ter Bush & Powell, Inc., Appellant.*— Judgment and order affirmed, with costs. Hill, P. J., Rhodes, Crapser and Bliss, JJ., concur; Heffernan, J., dissents, and votes to reverse the judgment and order and to dismiss the complaint, on the ground that there is no enforcible contract, and that the letter upon which liability is predicated constitutes a mere *nudum pactum*. (*Carpenter* v. *Taylor*, 164 N. Y. 171.)

Helen Simon, as Administratrix de Bonis Non of the Goods, Chattels and Credits of Mary Simon, Deceased, Respondent, v. Frank Harczyshen, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Judicial Settlement of the Account of Second National Bank and Trust Company of Cortland, New York, as Executor, etc., of Minnie Calkins, Deceased.†— Decree modified by inserting therein the following statement: The notice of election of Henry Calkins, dated October 18, 1932, is inoperative for any purpose whatsoever; and as so modified the decree is affirmed, with costs to all parties, payable out of the estate. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., concurs for affirmance of the decree, and dissents from the modification setting aside the election made by Henry Calkins, on the ground that the issue as to setting aside the notice of election has not been litigated, neither has the appellant requested such relief.

In the Matter of the Revocation of Letters of Temporary Administration of the Goods, Chattels and Credits of Adolph Humpfner, Deceased. John D. Holmes, as County Treasurer of Schoharie County, New York, etc., and Others, Appellants; Harry V. Berry, Temporary Administrator, Respondent. In the Matter of the Petition for Letters of Administration of the Goods, Chattels and Credits of Adolph Humpfner, Deceased. John D. Holmes, as County Treasurer of Schoharie County, New York, etc., and Others, Appellants; Harry V. Berry, Respondent.— Decrees unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Porter A. Greene, as Trustee in Bankruptcy of Smith-Kinney Co., Inc., Bankrupt, Appellant, v. Albert H. Boardman and Others, Respondents.— Judgment unanimously affirmed, with costs. Rhodes, J., not voting. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

*Affd., 263 N. Y. 662.        †Affd., 262 N. Y. 677.